IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

v.

JUAN ROSARIO,

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal Action No.
05 -CR-59

Hon. Norman A. Mordue
U.S. District Judge

ORDER

Defendant, Juan Rosario was charged on October 3, 2004 by complaint with violating the provisions of 21 U.S.C. § 952 by importing a quantity of ecstasy into the United States from Canada. After initially having been ordered detained pending trial, defendant was ordered released on December 15, 2004, on conditions that included the posting of cash in the amount of $15,000. On February 3, 2005, a grand jury in this District returned a two-count indictment against defendant charging importation of ecstasy, 21 U.S.C. § 963, and possession with the intent to distribute ecstasy, 21 U.S.C. § 841(a)(1).

On March 4, 2005, defendant filed a waiver of personal appearance and entry of not guilty form with the Court. After the exclusion of Speedy Trial time as stipulated to by the parties, trial of this matter was set for November 9, 2005, and defendant was ordered to appear for a pretrial conference on November 8, 2005.

On November 8, 2005, defendant failed to appear as ordered for the pretrial conference. At that time, the Court ordered the issuance of an arrest warrant and the forfeiture of the bail posted for defendant's release.

This Order confirms the Court's order from the Bench on November 8, 2005 that the $15,000.00 bail posted with the Court to secure defendant's release is hereby forfeited to the United States.

It is so Ordered.

Dated: December 30, 2005
Syracuse, New York

Norman A. Mordue
United States District Judge